IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ROBERT FRAZIOR DENTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:13-cv-1243-DGW-SCW |
| | ) | |
| AIR & LIQUID SYSTEMS CORPORATION, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

Pursuant to this Court's Scheduling Order entered on June 18, 2014 (Doc. 89), the following Defendants, and any claim, including cross-claims, made by and/or against listed Defendants, are hereby **DISMISSED WITHOUT PREJUDICE** per the stipulations filed by Plaintiff and the lack of objection thereto:[1]

By document number: [2]

580    Vanderbilt Minerals, LLC
623    Ajax Magnethermic Corp.
624    Allied Manufacturing Company
625    A.O. Smith Corporation
626    AWC 1997 Corporation
628    Bird Incorporated
629    Blue M
632    Bonney Forge Corporation
634    Caterpillar Inc.
635    Compudyne Corporation

---

[1] Various responses have been filed to the stipulations that express no objection to dismissal without prejudice (Docs. 703, 726, 748, 749, 751, 752, 774).

[2] The numbers preceding each entry references the docket number of the stipulation.  A number of stipulations as a particular Defendant have been filed twice and are reflected in the alphabetical listing.

Page **1** of **4**

| | |
|---|---|
| 641 | Dewitt Products Co. |
| 643 | Ericsson, Inc. |
| 645 | Essex Specialty Products, LLC |
| 646 | General Cable Industries, Inc. |
| 647 | General Cable Industries, Inc. |
| 648 | Graybar Electric Company, Inc. |
| 649 | Hitachi America, LTD |
| 650 | Honeywell, Inc. |
| 651 | KCG, Inc. |
| 652 | Mitsubishi Electric USA, Inc. |
| 653 | Lindberg |
| 654 | Motion Control Industries, Inc. |
| 655 | Rheem Manufacturing Co. |
| 656 | Rockwell Automation, Inc. |
| 658 | SB Decking, Inc. |
| 659 | Schneider Electric USA, Inc. |
| 660 | Seco Warwick Corp. |
| 661 | Simpson Timber Company |
| 662 | Spence Engineering Co., Inc. |
| 663 | Thermwell Products Co., Inc. |
| 664 | Viking Pump, Inc. |
| 665 | Wabco Holdings, Inc. |
| 666 | XEF, Inc |
| 668 | American Optical Corporation |
| 669 | Abestos Corporation Limited |
| 670 | Avocet Enterprises |
| 671 | Cooper Industries, LLC |
| 672 | Duro Dyne Corporation |
| 674 | Eastern Products Corp. |
| 676 | Elof Hansson USA, Inc. |
| 678 | Grimes Aerospace Corp. |
| 680 | Harper International Corp. |
| 682 | Metallo Gasket Co. |
| 684 | Paccar, Inc. |
| 685 | Thermo Fisher Scientific, Inc. |
| 705 | Dal-Tile Corporation |
| 706 | Wallace Industries, Inc. |
| 707 | American Optical Corporation |
| 709 | Cooper Industries, LLC |
| 710 | Asbestos Corporation Limited |
| 711 | Duro Dyne Corporation |
| 712 | Eastern Products Corp. |
| 713 | Eloff Hansson USA, Inc. |
| 714 | Grimes Aerospace Corporation |
| 715 | Harper International Corp. |

716     Metallo Gasket Co.
717     Paccar, Inc.
719     Thermo Fisher Scientific, Inc.


In alphabetical order:

| | |
|---|---|
| 625 | A.O. Smith Corporation |
| 669 | Abestos Corporation Limited |
| 623 | Ajax Magnethermic Corp. |
| 624 | Allied Manufacturing Company |
| 668/707 | American Optical Corporation |
| 710 | Asbestos Corporation Limited |
| 670 | Avocet Enterprises |
| 626 | AWC 1997 Corporation |
| 628 | Bird Incorporated |
| 629 | Blue M |
| 632 | Bonney Forge Corporation |
| 634 | Caterpillar Inc. |
| 635 | Compudyne Corporation |
| 671/709 | Cooper Industries, LLC |
| 705 | Dal-Tile Corporation |
| 641 | Dewitt Products Co. |
| 672/711 | Duro Dyne Corporation |
| 674/712 | Eastern Products Corp. |
| 676/713 | Elof Hansson USA, Inc. |
| 643 | Ericsson, Inc. |
| 645 | Essex Specialty Products, LLC |
| 646/647 | General Cable Industries, Inc. |
| 648 | Graybar Electric Company, Inc. |
| 678 | Grimes Aerospace Corp. |
| 714 | Grimes Aerospace Corporation |
| 680/715 | Harper International Corp. |
| 649 | Hitachi America, LTD |
| 650 | Honeywell, Inc. |
| 651 | KCG, Inc. |
| 653 | Lindberg |
| 682/716 | Metallo Gasket Co. |
| 652 | Mitsubishi Electric USA, Inc. |
| 654 | Motion Control Industries, Inc. |

| | |
|---|---|
| 684/717 | Paccar, Inc. |
| 655 | Rheem Manufacturing Co. |
| 656 | Rockwell Automation, Inc. |
| 658 | SB Decking, Inc. |
| 659 | Schneider Electric USA, Inc. |
| 660 | Seco Warwick Corp. |
| 661 | Simpson Timber Company |
| 662 | Spence Engineering Co., Inc. |
| 685/719 | Thermo Fisher Scientific, Inc. |
| 663 | Thermwell Products Co., Inc. |
| 580 | Vanderbilt Minerals, LLC |
| 664 | Viking Pump, Inc. |
| 665 | Wabco Holdings, Inc. |
| 706 | Wallace Industries, Inc. |
| 666 | XEF, Inc |

**IT IS SO ORDERED.**

**DATED: July 2, 2014**

                                        **DONALD G. WILKERSON**
                                        **United States Magistrate Judge**