IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT FRAZIOR DENTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:13-cv-1243-DGW-SCW |
| ) | |
| AIR & LIQUID SYSTEMS CORPORATION, ) et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

**WILKERSON, Magistrate Judge:**

Now pending before the Court are the Motions to Dismiss (Docs. 114, 180, 368, 539, 760, 818, 823, 845, 894), the Motions for More Definite Statement (Docs. 857, 858, 859, 864), and the Motion to Amend (Doc. 888).

The Motion to Amend the Complaint is **GRANTED** (Doc. 888), no objection having been filed.   Plaintiff shall file his amended complaint by August 26, 2014.   The Motions to Dismiss and Motions for More Definite Statement are accordingly **MOOT**; Defendants are granted leave to refile upon the filing of the Amended Complaint.

Also pending before the Court are Motions for Extension of Time to File Answer filed by Nooter Corporation (Doc. 807), Nibco, Inc. (Doc. 832), and Natkin Service Co. (Doc. 836).   The Motions are **GRANTED**.   Nooter Corporation's responsive pleading is deemed timely filed. Nibco, Inc. and Natkin Service Co. are **GRANTED** 14 days from the filing of the Amended Complaint to file a responsive pleading.

Finally pending before the Court is the Motion for Miscellaneous Relief filed by Defendant

Kitz Corporation (Doc. 791). In this Motion, the attorneys from the firm Lucco, Brown, Threlkeld & Dawson indicate that their client, Kitz Corporation of America, was erroneously served summons that should have been directed to Kitz Corporation. Kitz Corporation of America is not a named Defendant in this suit, although Kitz Corporation is named. These attorneys then erroneously entered an appearance on behalf of Kitz Corporation even though they do not represent that entity. The attorneys now seek to have those entries stricken and to be removed as attorneys of record for Kitz Corporation. The motion is **GRANTED**. Attorneys Christopher Threlkeld, Joseph R. Brown, and Debra K. Zahalsky are accordingly **TERMINATED** and their entries of appearance and an associated Notice are **STRICKEN** (Docs. 780, 781, 782 and 783).

**IT IS SO ORDERED.**

**DATED: August 21, 2014**

                                                              **DONALD G. WILKERSON**
                                                              **United States Magistrate Judge**