IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BILLIE DENTON, *Individually and as special administrator of the estate of ROBERT F. DENTON, deceased*, )
)
)
)
)
Plaintiff, )
)
v. )
)
AIR & LIQUID SYSTEMS CORPORATION, et al., )
)
)
Defendants. )

Case No. 3:13-cv-1243-SMY-DGW

**ORDER**

**WILKERSON, Magistrate Judge:**

On January 27, 2015, this Court held a telephonic discovery dispute conference in which the following attorneys appeared on behalf of their respective clients:

| James M. Brodzik | Jeffrey Scott Hood | William B. Starnes, II |
| --- | --- | --- |
| Travis Campbell | Brian J. Huelsmann | Kyler H. Stevens |
| Kaitlyn N. Chenevert | Kirra N. Jones | David L. Szlanfucht |
| Jeffery G. Chrones | Stephanie F. Jones | James A. Telthorst |
| Stephen Christopher Collier | Julie Fix Meyer | Ross S. Titzer |
| Brian J. Connolly | H. Patrick Morris | Marcie J. Vantine |
| Samuel Joseph Cook | Kenneth M. Nussbaumer | Christopher N. Wahl |
| Sean P. Fergus | Leslie G. Offergeld | John M. Ward |
| Mindy A. Finnigan | Allyson M. Romani | Amanda Lynn Weinberger |
| Margaret M. Foster | Corey Schaecher | Undray Wilks |
| Keith B. Hill | Gary L. Smith | Benjamin J. Wilson |

| Debra K. Zahalsky | | |
|---|---|---|
| Justin S. Zimmerman | | |

The following attorneys also appeared but have not entered an appearance in this case: Jeremy Burman, Ben Ford, David Franklin, Robert Hurt, and Sean Worthington. These attorneys are directed to enter an appearance by **February 13, 2015**.

At the hearing, Plaintiff's counsel requested additional time to conduct various depositions that must be taken in lieu of the deceased Plaintiff's, Robert Denton's, deposition. These include depositions of Plaintiff's former co-workers and/or others who would be familiar with Plaintiff's work history. The current deadline for Plaintiff's deposition was December 30, 2014. Plaintiff indicates that he needs until March 13, 2015 to conduct the necessary depositions. Various Defendants have objected because they require a 6 month period to disclose their experts after the depositions of the third parties that must be taken in lieu of Plaintiff's deposition.

Plaintiff is **GRANTED** until March 13, 2015 to depose the fact witnesses (as identified above) who must be deposed in lieu of Plaintiff's deposition. The deadline for Defendants/Third Party expert witness disclosures, as outlined in paragraph (C)(10) of the Scheduling Order (Doc. 800), is **RESET** to August 12, 2015. The deadline for depositions of Defendants/Third Party experts is **RESET** to September 12, 2015.

This matter is hereby **SET** for a telephonic status conference on **March 26, 2015 at 2:00 p.m.** before the undersigned. Plaintiff shall be responsible to setting up the conference call and e-mailing the call-in information to sona_patel@ilsd.uscourts.gov. **Plaintiff also shall file a notice in the docket indicating the call-in information.**

To the extent that Defendants may need additional time to disclose their experts, they are

granted leave to seek more time informally, through a telephonic discovery dispute conference, by contacting chambers.

**IT IS SO ORDERED.**

**DATED: February 9, 2015**

**DONALD G. WILKERSON**
**United States Magistrate Judge**